# UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

**DEBORAH A. RISBERG, derivatively on behalf**
**of Aspen Technology, Inc.**

           **V.**                         **CIVIL ACTION NO. 07-10354-RGS**

**JOAN C. MC ARDLE, DOUGLAS A. KINGSLEY,**
**DONALD P. CASEY, MARK E. FUSCO, GARY E. HAROIAN,**
**STEPHEN M. JENNINGS, MICHAEL PEHL, STEVEN L. BROWN,**
**GRESHAM T. BREBACK, JR., DOUGLAS R. BROWN,**
**CHARLES F. KANE, MANOLIS E. KOTZABASKIS,**
**C. STEVEN PRINGLE, DAVID MC QUILLIN, LAWRENCE B. EVANS,**
**STEPHEN J. DOYLE, LISA W. ZAPPALA, MARY A. PALERMO,**
**and ASPEN TECHNOLOGY, INC.**

# ORDER OF DISMISSAL

**STEARNS, DJ.**                                        **JANUARY 9, 2008**

        **IN ACCORDANCE WITH THIS COURT'S MEMORANDUM AND ORDER**

**ON DEFENDANTS' MOTION TO DISMISS THE VERIFIED SHAREHOLDER**

**DERIVATIVE COMPLAINT ENTERED ON JANUARY 4, 2008,**

        **IT IS HEREBY ORDERED:**   **THE ABOVE-CAPTIONED ACTION IS**

**HEREBY DISMISSED IN ITS ENTIRETY.**

        **SO ORDERED.**

                                   **RICHARD G. STEARNS**
                                   **UNITED STATES DISTRICT JUDGE**

                **BY:**

                             **/s/ Mary H. Johnson**
                        _____
                              **Deputy Clerk**